### KAZUE STAMM *v.* METRO NORTH COMMUTER
### RAILROAD ET AL.
### (10679)

NORCOTT, FOTI and LANDAU, Js.

Argued June 5—decision released June 30, 1992

*John M. Ciuffo,* with whom, on the brief, was *Russell J. Berkowitz,* for the appellant (plaintiff).

*Kenneth B. Povodator,* assistant corporation counsel, with whom, on the brief, was *Daniel M. McCabe,* corporation counsel, for the appellee (defendant city of Stamford).

PER CURIAM. The judgment is affirmed.